UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD RAY FRAZIER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22-cv-00011-BO ) |
| RALEIGH CONCRETE, LLC and FORTRESS CEMENT, INC. | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court has reviewed the Parties' Joint Motion for Approval of Settlement Agreement and Remand. The Court finds that the Settlement Agreement is fair and reasonable in light of the relevant circumstances described in the Joint Motion and supporting Memorandum. The Court further concludes that good cause exists to grant the Parties' Joint Motion to Remand, as the only claims remaining in this matter arise under North Carolina state law.

IT IS THEREFORE ORDERED that the Settlement Agreement is APPROVED. The Parties' Joint Motion to Remand is hereby GRANTED and the case shall be remanded to the Superior Court of Carteret County, North Carolina.

This the 30 day of March, 2022

*Terrence W. Boyle*
Honorable Terrence W. Boyle
United States District Judge